**Jerrald G. DODGE, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

No. WD 52884.

Missouri Court of Appeals,
Western District.

April 29, 1997.

Charles E. Weedman, Jr., Harrisonville, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Julia Hosmer, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

Appeal from judgment affirming suspension of driver's license.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Garland GRAHAM, Appellant.

Nos. WD 51211, WD 52881.

Missouri Court of Appeals,
Western District.

April 29, 1997.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

Appeal from jury conviction of possession of a controlled substance with intent to distribute in violation of § 195.211, RSMo.1994, as well as denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).